## Ronald BELL et al.

v.

## ZONING BOARD OF REVIEW OF the CITY OF EAST PROVIDENCE et al.

### No. 79–142–Appeal.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Anthony E. Grilli, Providence, for plaintiffs.

Robert R. Nocera, Asst. Sol., East Providence, Joseph B. Carty, Jr., Providence, for defendants.

### ORDER

This case is assigned to the February, 1980 *show cause* calendar. The plaintiffs are directed to appear and show cause why this appeal should not be dismissed since review of a Superior Court judgment in a zoning case can only be obtained by petition for prerogative writ of certiorari. *Bassi v.*

*Zoning Board of Review*, 107 R.I. 702, 271 A.2d 210 (1970).

DORIS, J., did not participate.